IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLIN
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05CV234-H

| | |
|---|---|
| **WACHOVIA SECURITIES, LLC,** )  | |
| ) | |
| **Movant,** ) | |
| ) | **O R D E R** |
| v. ) | |
| ) | |
| **TONYA M. BLANKENSHIP and** ) | |
| **DONTE JAMAEL BOLDEN,** ) | |
| ) | |
| **Respondents.** ) | |

_____

**THIS MATTER** is before the Court on "Motion For Admission Pro Hac Vice" filed May 20, 2005, on behalf of Barbara H. Wright to appear as counsel for the Plaintiff Wachovia Securities, LLC. For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED.**

**Signed: May 20, 2005**

*[signature: Carl Horn, III]*

Carl Horn, III
United States Magistrate Judge