# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:05CV234-C

| | |
|---|---|
| **WACHOVIA SECURITIES, LLC,** )  )  Movant/Respondent,  )  )  v.  )  )  **TONYA M. BLANKENSHIP and**  )  **DONTE JAMAEL BOLDEN,**  )  )  Respondents/Claimants.  ) | **O R D E R** |

_____

**THIS MATTER** is before the Court on "Respondents/Claimants Motion For Admission Pro Hac Vice" on behalf of Jeffrey B. Musselwhite of Woska & Hayes, L.L.P., 700 Rockmead Drive, Suite 101, Kingwood, Texas. For the reasons set forth herein, the motion will be **GRANTED**.

Pursuant to Local Rule 83.1(B), each counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED.**

**Signed: June 25, 2005**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge