**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:05CV234-C**

**WACHOVIA SECURITIES, LLC,**

        Movant/Respondent,    )
                                              )
      v.                            )        **O R D E R**
                                              )
**TONYA M. BLANKENSHIP and**        )
**DONTE JAMAEL BOLDEN,**              )
                                              )
        Respondents/Claimants.    )
_____

     **THIS MATTER** is before the Court on "Respondents/Claimants Motion For Admission Pro Hac Vice" (document #16) filed August 17, 2005. For the reason set forth herein, the motion will be **GRANTED**.

     Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

     The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

     **SO ORDERED.**

**Signed: August 18, 2005**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge