IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:04CV234

| | |
|---|---|
| **WACHOVIA SECURITIES, LLC,**  Movant,  Vs.  **TONYA M. BLANKENSHIP, and DONTE JAMAEL BOLDEN,**  Respondents. | **J U D G M E N T** |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the arbitration award herein is hereby **AFFIRMED**, and the Respondents Tonya M. Blankenship and Donte Jamael Bolden shall have and recover of Wachovia Securities, LLC, the sum of **ONE HUNDRED TWENTY-FIVE THOUSAND, FOUR HUNDRED FOUR DOLLARS AND TWENTY-SIX CENTS ($125,404.26)** as an award on the claim; the sum of **SIX THOUSAND, FIVE HUNDRED DOLLARS ($6,500.00)** as reimbursement for costs; and the sum of **FIFTY-SIX THOUSAND DOLLARS ($56,000.00)**

for their attorney fees pursuant to the North Carolina Securities Act and the North Carolina Consumer Protection Act.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Wachovia Securities, LLC, shall pay the New York Stock Exchange the sum of **THREE THOUSAND DOLLARS ($3,000.00)** in forum fees.

Signed: January 25, 2006

Lacy H. Thornburg
United States District Judge