IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL CASE NO. 3:05cv234

| | |
|---|---|
| **WACHOVIA SECURITIES, L.L.C.,** ) <br> ) <br> Movant, ) <br> ) <br> vs. ) <br> ) <br> **TONYA M. BLANKENSHIP and** ) <br> **DONTE JAMAEL BOLDEN,** ) <br> ) <br> Respondents. ) <br> _____) | **J U D G M E N T** |

For the reasons stated in the Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the arbitration award herein is hereby **AFFIRMED** and the Respondents Tonya M. Blankenship and Donte Jamael Bolden shall have and recover of Wachovia Securities, LLC, the sum of **ONE HUNDRED TWENTY-FIVE THOUSAND, FOUR HUNDRED FOUR DOLLARS AND TWENTY-SIX CENTS ($125,404.26)** as an award on the claim; the sum of **SIX THOUSAND, FIVE HUNDRED DOLLARS ($6,500.00)** as reimbursement for costs, and the sum of **FIFTY-SIX THOUSAND DOLLARS ($56,000.00)**

for their attorneys' fees.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Wachovia Securities, LLC shall pay the New York Stock Exchange the sum of **THREE THOUSAND DOLLARS ($3,000.00)** in forum fees.

Signed: April 25, 2006

Lacy H. Thornburg
United States District Judge